UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CV-81665-AMC

PROVIDENT BANK,

       Plaintiff,

vs.

DONALD MILLER,

       Defendant.

_____/

## REPORT AND RECOMMENDATION ON MOTION TO TAX COSTS
**[ECF No. 15]**

After entry of a default judgment in its favor, Provident Bank moves to tax costs of $444.60. ECF No. 15. The costs comprise the Clerk's filing fee of $402 and process server fees of $42.60. Both categories of costs are taxable under 28 U.S.C. §1920. Provident Bank has attached receipts documenting these expenditures. ECF No. 15-1. The process server fee is less than the current U.S. Marshal fee of $65 per hour, 28 C.F.R. §0.114, so it is fully taxable. *U.S. EEOC v. W&O, Inc.*, 213 F.3d 600, 624 (11th Cir. 2000).

## REPORT AND RECOMMENDATION

Accordingly, this Court **RECOMMENDS** that the District Court GRANT the Motion to Tax Costs in the amount of $444.60.

## NOTICE OF RIGHT TO OBJECT

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Aileen M. Cannon United States District Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**If counsel do not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.**

**DONE and SUBMITTED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 23th day of March 2023.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE